Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_Northern_ District of _Ohio_

FILED

MAR 17 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

_Eastern_ Division

Tracy Lavern Bembry

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.      **1 : 26 CV 0 0 6 2 6**
_(to be filled in by the Clerk's Office)_

**JUDGE CALABRESE**

**MAG JUDGE GRIMES**

**Plaintiff(s)**
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

1. Cuyahoga County Clerk of Courts
2. Cuyahoga County Division of Children & Family Services

**Defendant(s)**
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.  Do not include addresses here.)_

3. James D. Jones, Customer Relations Specialist
4. Health & Human Services.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Tracy Bembry

All other names by which you have been known:

ID Number 22-582

Current Institution O.R.W.

Address 1479 Collins Ave

Marysville, Ohio 43040

*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Cuyahoga County Division of Children AND

Job or Title (if known) Family Services

Shield Number

Employer

Address 3955 Euclid AVE

Cleveland Ohio 44115

*City* *State* *Zip Code* (216) 431-4500

☐ Individual capacity  ☐ Official capacity

Defendant No. 2

Name Cuyahoga County Clerk of Courts

Job or Title (if known) Clerks, Judge Thomas O'Malley, + all other employees

Shield Number

Employer

Address 1200 Ontario St.

Cleveland Ohio 44113-1664

*City* *State* *Zip Code* (216) 443-7950

☐ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name     James D. Jones

Job or Title *(if known)*     Customer Relations Specialist

Shield Number

Employer     Cuyahoga County Health & Human Services

Address     1641 Payne Ave. Rm. 120 West

Cleveland     Ohio     44114
| City | State | Zip Code |

(216) 987-8201

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Refusal for NEEDED DOCUMENTS

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Refusal to release Documents

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

ON December 5th 2024 i recieved an letter Denying requested Documents

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

DECEMBER 5th 2024 AT O.R.W.
by mail (U.S. Postal Service)

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

~~DECEM~~ NOVEMBER 13th 2024 I sent
requests for needed documents and on December 5th I recieved refusal letters

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

STATE LAW RESTRICTS THIS
INFORMATION

V.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

order a relief to enforce the agencies and county offices to
RELEASE OF THE INFORMATION
to me or my ORW case manager for purposes of parole
board hearing to help explain my actions and previous behavior.
Parole Board has requested for me to provide these
case documents of history of sexual abuse to my daughter
and the reasons I chose to hurt her minor.

Page 5 of 11