FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

Tracy L. Bembay

(Enter above the full name of the plaintiff in this action)

vs.

cuyahoga County Division of Children +
1. In official capacity            Family
2. Cuyahoga County Clerk of Courts
Clerks, Judge O'Malley + all other employe
3. James D. Jones (Customer Relations)
Cuyahoga Co. Health + Human Servs Specialist)

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO._____

JUDGE_____

**COMPLAINT**

I.      Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in
        this action or otherwise relating to your imprisonment?   YES ☐   NO ☒

   B.   If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one
        lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

        Plaintiffs_____

        Defendants_____

   2. Court (if federal court, name the district; if state court, name the county)

        _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned_____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement ODRC-ORW, 1479 Collins Ave. Marysville, OH 43040

A. Is there a prisoner grievance procedure in this institution?     YES ☒  NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☐   NO ☒

C. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

_____

D. If your answer is NO, explain why not I'm requesting documentation from outside Agencies.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐   NO ☐

F. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

_____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Tracy L. Bembry
Address 479 Collins Ave. Marysville, OH 43040

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Judge Thomas O'Malley is employed as
Cuyahoga County Clerk of Courts 1200 Ontario St. Cleveland, OH 44113

C. Additional Defendants Cuyahoga County Division of Children + Family Services
3955 Euclid Ave. Cleveland, OH 44115
James D. Jones, employed at, Cuyahog County Health + Human Services, 1641 Payne Ave. Rm. 120 West Cleveland, OH 44114

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

- I've been in prison since 1989 for Arson, Murder - that I committed in response to my daughter being abused.

- I'm requesting records from Cuyahoga Co Juvinile Court and Cuyahoga County Children Services to verify the abuse she endured as an infant.

- I've been constantly denied access of any/all records, even though she is now 40 years old.

(continued)

- 4 -

(Statement of Claim Continued)

• I've written and requested some type of documentation about her foster care placement + abuse while there and am asking it to be provided to either myself or the State of Ohio Parole Board for reconsideration for Parole.

• In 2023, March, I Saw the Parole Board for the Fourth time since 2002 and they requested verification and/or documentation from me for reconsideration respec to her (my daughters) abuse.

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I Am Asking for An enjunctive order + Declaratory Relief, specifically for the Children Services case record of "Brittiny Nicole Wiggins" who is now 40 years old. Birthdate: 03/21/1985 and/or Juvnile court Records regarding the physical and/or Sexual Abuse she suffered as an infant to the Parole Board of State of ohio or myself to present to Parole Board to Verify her abuse that took place in the foster home she was placed into, thus the reason I committed arson to that home.

Signed this 1st day of March, 19 2026.

I declare under penalty of perjury that the foregoing is true and correct.

March 1st 2026
(Date)

(Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997