COUNTY OF CUYAHOGA OHIO

Cuyaho ... County Division of Children and Family Services
3955 Euclid Avenue, Cleveland, Ohio 44115
24-Hour Children's Hotline 696-KIDS (5437)
(216) 361-1500
Ohio Relay Service (TTY) 711

ecember  24

Tracy Bembry - W022582
1479 Collins Ave
Marysville, Ohio 43040

Dear Ms. Bembry

This correspondence is in response to your request for information, dated November 2024. Your request sought copies of child welfare records maintained by the Cuyahoga County Division of Children and Family Services. Specifically, you requested copies of all rel... information.

... enerally, child welfare investigations and record, Ohio Revise confidential pursu... Ohio law. Ther... ... contained in the sta... ... mandate. See ild welfare information syste... ... hati... contained in the sta... ... automated, c neglect are confidential); and, 5153.17 (children dential); 2151.421(I) (reports of child abuse or r regarding the care and treatment of children, are ces agency's records of investigations, and records 1-33-21 (referrals, assessments/investigations and fidential). See also Ohio Administrative Code § 5101 or neglect, as well as information contained in ovision of services related to reports of child abuse SACWIS, are confidential).

Due to the restrictive confidentiality mandates regarding child welfare information, the Cuyahoga County Division of Children and Family Services is unable to fu ill your records request.

If you have questions, please feel free to contact me at (21 ) 987-8208 or James.Jones@jfs.ohio.gov.

Sincerely,

James D. Jones, Customer Relations Specialist
216- 987-8208
HHS Customer Resolutions Team
Health and Human Services
1641 Payne Avenue, Room 320 West
Cleveland, OH 44114
James.Jones@jfs.ohio.gov

Mission Statement hildren and Family Services
The purpose of the Division of ( or neglect are protected and nurtured assure that children at risk of abusport of the community.
within a family and with the su