

# Office of the Ohio
# Public Defender

Elizabeth R. Miller, *State Public Defender*

Tracy Bembry
c/o ORW
W022-582
Hand-delivered

February 13, 2026

Dear Ms. Bembry,

This letter is to follow up on our discussions we have had in-person and over the phone regarding your attempt to get reports related to your case. My understanding of your issue is as follows:

- Around the time of the offense for which you are incarcerated (murder, arson etc), your children were in foster care in the custody of Cuyahoga County Department of Job and Family Services ("CCDJFS").
- Around the time of the offense, you found out your daughter, then an infant, had been sexually assaulted while in foster care.
- As a result of finding out about the sexual assault, you experienced psychological symptoms which eventually caused you to commit the arson and murder.
- You are statutorily eligible for parole, however the Ohio Parole Board ("the Board") has continued your hearings (also known as "denying parole" or "flopping").
- You are hoping to obtain a copy of the reports showing your daughter having been sexually abused from CCDJFS to show the Board. Showing them the documents would hopefully give the Board a better understanding why you committed the offenses for which you are incarcerated.
- CCDJFS has refused to provide you with these documents, and your other avenues of attempting to get them have failed as well.

Based on our conversations, I have attempted to get the documents from CCDJFS, reached out to your daughter, and attempted to find your attorneys. CCDJFS refuses to provide any documents, stating they cannot release documents of this nature, and they will not discuss the matter any further with me. Your daughter maintains that A) she was ***not*** sexually assaulted, and B) she will not sign any releases of information to allow you to get the documents. Lastly, both of your attorneys were later elected to the bench, and have since retired, with both appearing to have been subject to disciplinary action by the Ohio Supreme Court. I have tried to find contact information for both of them and unfortunately have not had luck.

 614.466.5394 | 800.686.1573
TTY 800.750.0750

 250 E. Broad Street, Suite 1400
Columbus, OH 43215

 OPD.Ohio.gov

As we have previously discussed, I believe that focusing on demonstrating your remorse, shoring up your release plan, and continuing to show that you are managing your mental health issues would be the best ways to show the Board why you are a good candidate for parole. Even if you were to obtain the documents from CCDJFS, that alone is unlikely to influence the Board enough to grant you parole, especially without a good release plan and showing of remorse.

In our discussions you have asked me for what you would need to do to force CCDJFS to disclose the reports to you. Generally, a writ of mandamus is a type of civil lawsuit you can file to have a court issue an order to a governmental agency (such as CCDJFS) to take an action which they are required to do. For example, if an agency is not responding to a proper public records request, a writ of mandamus can force them to do so. While the document you are seeking is not a public record, if you are entitled to receive it, a successful writ of mandamus would require CCDJFS to release it. I am not sure if you are in fact entitled to receive the document, as records pertaining to abused, neglected, and dependent children are typically highly confidential; our agency typically does not get involved in civil cases, and I am not an expert in these matters and cannot advise you any further on how to handle it. I suggest you research the matter further in the law library or consult another attorney.

Lastly, I have included information for you from the Ohio Justice Policy Center ("OJPC"). OJPC is an organization that helps people who have been unfairly sentenced, through their Beyond Guilt program. I have enclosed a packet from OJPC, and their contact information is in the packet.

While I wish I had better news for you, I hope that this letter at least explains what has happened, and provides you some guidance on what to do going forward in hopes of the Board granting you parole.

I wish you the best of luck in the future!

Sincerely,

Samuel Adam Usmani
Assistant State Public Defender

Enclosure: OJPC Packet



614.466.5394 | 800.686.1573    250 E. Broad Street, Suite 1400    OPD.Ohio.gov
TTY 800.750.0750              Columbus, OH 43215

2