Mrs. Tracy
884 Coitsville-Hubbard Rd
Youngstown, Ohio 44505

ORW INMATE
CORRESPONDENCE



quadient

FIRST-CLASS MAIL
IMI
$003.00⁰
03/10/2026 ZIP 43040
043M32207481

US POSTAGE

Carl B. Stokes
U.S. Courthouse
801 W. Superior Ave.
Cleveland, OH 44113