**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRACY LAVERN BEMBRY, | ) | Case No. 1:26-cv-626 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| CUYAHOGA COUNTY DIVISION | ) | |
| OF CHILDREN AND FAMILY | ) | |
| SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT ENTRY

For the reasons stated in its Opinion and Order, the Court **DISMISSES** this action pursuant to 28 U.S.C. § 1915(e).  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal from this decision could not be taken in good faith.

**SO ORDERED.**

Dated:  May 4, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio